UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  Chapter 7

    ANTONIO DINATALE,

Case No. 10-15078-MJK

                  Debtor.

## STIPULATION AND ORDER OF CONVERSION

THIS MATTER comes before the Court upon the United States Trustee's inquiry pursuant to 11 U.S.C. § 707(b). The United States Trustee and the debtor, Antonio DiNatale (the "Debtor") agree that the Debtor should voluntarily convert this Chapter 7 case to one under Chapter 13 of the Bankruptcy Code and respectfully request that the Court approve the conversion. The United States Trustee consents to the conversion. Therefore, it is so,

**ORDERED**, that this case be and hereby is CONVERTED to a case under Chapter 13 of the Bankruptcy Code; and it is further,

**ORDERED** that the clerk will notify all parties in interest of the conversion.

Counsel for Debtor

By: _____
Dennis A. Kitchen, Esq.
8899 Main Street
Williamsville, New York 14221

TRACY HOPE DAVIS
United States Trustee, Region 2

By: _____ 1/10/2011
Jill M. Zubler, Esq., Trial Attorney
Office of the United States Trustee
300 Pearl Street, Suite 401
Buffalo, New York 14202

_____
Antonio DiNatale, Debtor

SO ORDERED this 25th day of February 2011.

_____
HONORABLE MICHAEL J. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

FILED FEB 25 2011 BANKRUPTCY COURT BUFFALO, N.Y.