# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re: ANTONIO DINATALE . CHAPTER **13**
Case No.10-15078 K

SSN/Tax Id: XXX-XX-2490

**Debtor(s)**

**To:  DENIS KITCHEN:**

**R**e:   Notice Directing Service of Notice on Confirmation of Chapter 13 Plan and Chapter 13 Plan

Pursuant to the Court's Standing Order dated October 21, 2005, you are hereby directed to serve the following documents on all creditors in the case on or before **4-29-2011.**

1. A copy of the **X** Chapter 13 Plan; or __ Amended Chapter 13 Plan

2. A copy of the Notice of Hearing on Confirmation of Chapter 13 Plan. The notice to be served is included with this letter.

If not already filed, you must file a copy of the Chapter 13 Plan or Amended Chapter 13 Plan with the Court. You are further directed to file a copy of the notice of hearing on confirmation together with a certificate of service with the Court immediately upon execution of service.

A current mailing matrix (list of creditors) with preferred creditor addresses, may be obtained from the Court's Electronic Filing System by selecting Utilities>Miscellaneous>Mailings or by contacting the Clerk's Office and requesting a copy of the creditor list. Please use the creditor list available from the Court, as it will reflect preferred addresses registered with the National Creditor Registration Service.

A sample certificate of service form may be obtained from the Court's website at www.nywb.uscourts.gov under the heading Forms>Local Forms>Certificate of Service.

**Instructions for electronic filing of these documents:**
- **Docket plan, select event Bankruptcy>Plan>Chapter 13 Plan or Amended Chapter 13 Plan**
- **Docket the Chapter 13 Confirmation Hearing Notice, select event Bankruptcy>Other>Chapter 13 Notice of Confirmation Hearing**
- **Docket the certificate of service as a separate event, select event Bankruptcy>Other>Certificate of Service. Link the certificate of service to the Confirmation Hearing Notice.**

Dated: 4-15-2011

Enclosure: Notice of hearing on Confirmation           **Albert J. Mogavero**
                                                       **Chapter 13 Trustee**